# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHELIN NORTH AMERICA, INC. <br> One Parkway South <br> Greenville, South Carolina 19001 | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-0270 (JDB) |
| UNITED STATES DEPARTMENT OF DEFENSE <br> 1000 Defense Pentagon <br> Washington, D.C. 20301-1000 | ) ) ) ) ) | |
| DEFENSE LOGISTICS AGENCY <br> 8725 John J. Klingman Road <br> Fort Belvoir, Virginia 22060-6221 | ) ) ) ) | |
| DR. ROBERT M. GATES <br> 1000 Defense Pentagon <br> Washington, D.C. 20301-1000 | ) ) ) ) | |
| M. SUSAN CHADICK <br> 8725 John J. Klingman Road <br> Fort Belvoir, Virginia 22060-6221 | ) ) ) ) | |
| Defendants. | ) ) | |

## **NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christian Natiello as counsel for defendants in the above-captioned case.

                ____/s/_____
                CHRISTIAN NATIELLO, D.C. Bar #473960
                Assistant U.S. Attorney
                555 Fourth St., N.W.
                Room E4112
                Washington, D.C. 20530
                (202) 307-0338
                christian.natiello@usdoj.gov