# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHELIN NORTH AMERICA, INC.<br>One Parkway South<br>Greenville, South Carolina 19001<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>UNITED STATES DEPARTMENT<br>OF DEFENSE<br>1000 Defense Pentagon<br>Washington, D.C. 20301-1000<br><br>DEFENSE LOGISTICS AGENCY<br>8725 John J. Klingman Road<br>Fort Belvoir, Virginia 22060-6221<br><br>DR. ROBERT M. GATES<br>1000 Defense Pentagon<br>Washington, D.C. 20301-1000<br><br>M. SUSAN CHADICK<br>8725 John J. Klingman Road<br>Fort Belvoir, Virginia 22060-6221<br><br>　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 08-0270 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION TO ENLARGE TIME TO FILE ANSWER
## OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants United States Department of Defense, Defense Logistics Agency, Dr. Robert M. Gates, and M. Susan Chadick respectfully request an additional thirty (30) days to file an answer or otherwise respond to the complaint in this case. This Office was served with the complaint on February 29, 2008, resulting in an original deadline of today, April 28, 2008. With this motion, Defendants request a new deadline of May 28, 2008, to file an answer or otherwise respond to the complaint.

The extension is requested because the parties are actively engaged in negotiations that

may result in a settlement of all the claims in this suit.

Undersigned counsel spoke with opposing counsel about this motion and opposing counsel consents to the enlargement of time.

April 28, 2008

                                          Respectfully submitted,

                                          /s/
                                        JEFFREY A. TAYLOR D.C. BAR # 498610
                                        United States Attorney


                                          /s/
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney


                                          /s/
                                        CHRISTIAN A. NATIELLO, D.C. BAR #473960
                                        Assistant United States Attorney
                                        555 Fourth St., N.W.
                                        Washington, D.C. 20530
                                        (202) 307-0338
                                        christian.natiello@usdoj.gov