# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHELIN NORTH AMERICA, INC.<br>One Parkway South<br>Greenville, South Carolina  19001,<br><br>                                    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE<br>1000 Defense Pentagon<br>Washington, D.C. 20301-1000,<br><br><br>DEFENSE LOGISTICS AGENCY<br>8725 John J. Kingman Road<br>Fort Belvoir, Virginia  22060-6221,<br><br><br>DR. ROBERT M. GATES<br>1000 Defense Pentagon<br>Washington, D.C.  20301-1000,<br><br><br>M. SUSAN CHADICK<br>8725 John J. Kingman Road<br>Fort Belvoir, Virginia  22060-6221,<br><br>                                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No.: 08-0270  (JDB) |

## STIPULATED ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Michelin North America, Inc., by and through

its sales division, Michelin Aircraft Tire Company division ("Michelin"), and Defendants United

States Department of Defense ("DOD"), the Defense Logistics Agency ("DLA"), Dr. Robert M.

Gates ("Gates") in his official capacity as the United States Secretary of Defense, and M. Susan

Chadick ("Chadick") in her official capacity as Deputy General Counsel for DLA (collectively, the "DOD Parties") have entered into an agreement to resolve this action. The DOD Parties have determined to withhold the following protected information, as described in the Complaint in this action, pursuant to one or more applicable FOIA Exemptions:

> (a)   All of the information on Replacement Page 7, except that the numbers listed for the "Best Estimated Quantity of Tires to be Supplied" and the "Base Period Total" amount appearing on that page may be released;

> (b)   All of the information contained on Replacement Page 8, Appendix A, Tables A1-1, A1-2, A1-3, B1-1 and B1-2; and

> (c)   All information in the Michelin Proposal for the aircraft tire Contract, except to the extent that such information: (i) is included in the actual Contract; (ii) does not disclose or reveal any of the protected information identified in (a) and (b) above; and (iii) is otherwise releasable in accordance with the provisions of the FOIA and the terms of the parties' Settlement Agreement.

Consequently, the DOD Parties shall not disclose or release any of the protected information to third parties in response to a FOIA request or otherwise absent a court order, notice of which shall be provided by Defendants promptly to Michelin.

Michelin's Complaint in this Action is hereby dismissed without prejudice, with each party to bear its own legal fees and costs in connection with this action.

- 3 -

_____/s/_____
Timothy J. Fitzgibbon, D.C. Bar #370619
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW, Suite 900
Washington, D.C. 20001
(202) 712-2812

*Counsel for Plaintiffs*

_____/s/_____
Jeffrey A. Taylor, D.C. Bar #498610
United Sates Attorney

_____/s/_____
Rudolph Contreras, D.C. Bar #434122
Assistant United States Attorney

_____/s/_____
Christian A. Natiello, D.C. Bar #473960
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338

*Counsel for Defendants*